PERLMAN & COMPANY, INC., Appellant, v. BATTERY PARK TRADING COMPANY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

RANDOLPH DODGE, Respondent, v. NEMOURS TRADING CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

PASQUA BRUSCO and Another, as Administrators, etc., of MARIANO BRUSCO, Deceased, Respondents, v. MEAD-MORRISON MANUFACTURING COMPANY, Defendant, Impleaded with GUARANTEE CONSTRUCTION COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

WILTON LACKAYE, Respondent, v. RUTH SAWYER DURAND, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

HOWARD MAJOR, Appellant, v. FRANK FRANKEL, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

RICHARD CROKER, JR., Appellant, v. RICHARD CROKER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LUTHER MARTIN, Respondent, v. UNITED STATES STEAMSHIP COMPANY and Another, Impleaded with CHARLES W. MORSE, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

IRWIN HOLDING COMPANY, INC., Appellant, v. SIDNEY H. WEINBERG, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HARRY SCHIMMEL, Appellant, v. ALMA SCHIMMEL, Respondent.— Order modified by reducing alimony to $75 per week, and counsel fee to $1,000, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.